MARY E. MCKENNA, as Administratrix, etc., Appellant, *v.*
THE EAST RIVER FERRY COMPANY, Respondent.

(Argued March 13, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made May 9, 1887, which affirmed a judgment, entered upon
an order dismissing the complaint, and affirmed an order deny-
ing a motion for a new trial.

*Eugene Burlingame* for appellant.

*Nathan Bijur* for respondent.

Agree to affirm ; no opinion.

All concur, except RUGER, Ch. J., ANDREWS and DANFORTH, JJ., dissenting.

Judgment affirmed.